13795.  WILSON & COMPANY v. MILLNER.

LUKE, J.  1.  " Where the issues of a case are submitted to the judge, with-
out the intervention of a jury, for his decision upon all matters of fact
and of law, and he renders a judgment therein in term time, the losing
party may review the judgment either by a direct bill of exceptions or
by a motion for new trial."  *Chance* v. *Simpkins,* 146 *Ga.* 519 (1) (91
S. E. 773).  Under this ruling, the motion to dismiss the bill of excep-
tions is denied.
2. The evidence demanded a finding for the plaintiff, and the court erred
in rendering a judgment in favor of the defendant.
          *Judgment reversed.  Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED DECEMBER 12, 1922.

Complaint; from city court of Richmond county — Judge Black.
May 30, 1922.

*Joe S. Watkins,* for plaintiffs in error.

*Samuel H. Myers, Henry G. Howard,* contra.

---

13799.  MOREHEAD v. McGIBONY.

LUKE, J.  The sole assignment of error being that the verdict was not
authorized by the evidence, and this court being unable to say, from
an examination of all the evidence in the case, that there was no evi-
dence to support the verdict, and the trial judge having approved the
verdict, the judgment overruling the motion for a new trial must be
                *Affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED DECEMBER 12, 1922.

Trover; from city court of Greensboro — Judge Fisher.  June
7, 1922.

*J. G. Faust,* for plaintiff in error.  *J. S. Callaway,* contra.